The relief described hereinbelow is SO ORDERED.

Signed October 30, 2012.



_____
Ronald B. King
United States Chief Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
**Western District of Texas**
**San Antonio Division**

IN RE: **Dean Stephen Johnson and Shara Kay Johnson**, Debtor(s)   Case No.: 06–50100–lmc

## ORDER DENYING PAYMENT
## OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

    NAME:     Denovus Corp
    ADDRESS:     c/o American Property Locators
                      3855 So Boulevard Suite 200
                      Edmond, OK 73013

Claimant, for payment of a dividend from unclaimed funds in the amount of $1679.79.

The court orders the application be DENIED for the following reason(s):

☐ 1. There are no monies being held for this Claimant.

☒ 2. Monies have already been disbursed.
       Date funds were paid: 9/16/11
       Per court order signed: 7/11
       Schedule Number: 51838
       Paid to: Mary Viegelahn, CH 13 Trustee

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☐ 4. Other:

                                              ###